**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**LICOBERT WILLIAMS**                                                                 **PETITIONER**

**v.**                                                                  **No. 2:06CV58-M-A**

**STATE OF MISSISSIPPI, ET AL.**                                           **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion issued today in this cause, the instant petition for a writ of *habeas corpus* is hereby **DISMISSED** with prejudice and without evidentiary hearing as untimely filed under 28 U.S.C. § 2244(d).

**SO ORDERED,** this the 27th day of October, 2006.

                                                      **/s/ Michael P. Mills**
                                                    **UNITED STATES DISTRICT JUDGE**